# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERIF EL MASHAD, <br> (ISN 190), <br><br>       Petitioner, <br><br>     v. <br><br> BARACK H. OBAMA, *et al.*, <br><br>       Respondents. | Civil Action No. 05-cv-0270 (RCL) |

## [~~PROPOSED~~] ORDER

Upon consideration of Respondents' Unopposed Motion to Deem Protected the Designated Information in Respondents' Proposed Public Version of Petitioner's Traverse, it is hereby

ORDERED that Respondents' motion is granted. The information identified by dash-line boxes in Exhibit 1, Respondents' proposed public version of Petitioner's Traverse, submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further

ORDERED that Petitioner file on the public record, through the Court's Electronic Case Filing system, a public version of this filing from which the information that was designated by dash-line boxes has been redacted.

It is SO ORDERED.

Dated: 7/3/14

ROYCE C. LAMBERTH <br> United States District Judge